UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DIANE E. MCCAULEY,

                        Plaintiff,

                                 No. 08-CV-0067

     vs.

                                 (FJS/VEB)

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

---

APPEARANCES:                               OF COUNSEL

<u>For the Plaintiff</u>

Olinsky, Shurtliff Law Firm               Howard Olinsky, Esq.
300 S. State Street, 5th Floor
Syracuse, NY   13202

<u>For the Defendant</u>

Michael J. Astrue, Commissioner of      Andrea L. Lechleitner, Esq.
  of Social Security
Office of Regional General Counsel  - Region II
26 Federal Plaza - Room 3904
New York, New York   10278

**FREDERICK J. SCULLIN, JR., S.J.**

## <u>DECISION AND ORDER</u>

Currently before the Court is Magistrate Judge Victor E. Bianchini's November 16, 2009

Report and Recommendation to which the parties have filed no objections.  Having reviewed that

Report and Recommendation and the entire file in this matter, the Court hereby

ORDERS that the Report and Recommendation of Magistrate Judge Victor E. Bianchini

filed November 16, 2009 is **ACCEPTED** in its entirety, for the reasons stated therein, and the

Court further

ORDERS that Defendant's motion for judgment on the pleadings is **DENIED**;

and the Court further

ORDERS that the decision of the Commissioner is **REVERSED**, and that the case is

**REMANDED** to the Commissioner for further proceedings consistent with the Report and

Recommendation


**IT IS SO ORDERED.**

**Dated:**  December 15, 2009
            Syracuse, New York


_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge