UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DIANE E. MCCAULEY,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

(FJS/VEB)
Civil Action No. 08-0067

CONSENT ORDER FOR PAYMENT
OF FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

This matter having been opened to the Court by Howard Olinsky for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that Richard S. Hartunian, United States Attorney, and Andreea Lechleitner, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of four thousand five hundred dollars ($4,500.00) in attorney fees and expenses, the Court having reviewed the record in this matter;

IT IS on this 28th Jan day of ~~February~~, 2010;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of four thousand five hundred dollars ($4,500.00) in attorney fees and expenses, payable to plaintiff's counsel pursuant to an assignment of fees, and it is further;

ORDERED that the within matter is dismissed with prejudice.

              _____
              Senior United States District Court Judge

The undersigned hereby consent to the form and entry of the within order.

                        Richard S. Hartunian
                        United States Attorney

By:   /s/ Andreea Lechleitner
       Andreea Lechleitner
       Special Assistant U.S. Attorney
       Bar No. 513982

       Olinsky, Shurtliff Law Firm
       300 S. State Street, 5th Floor
       Syracuse, NY 13202

By:   /s/ Howard Olinsky
       Howard Olinsky
       Attorney for Plaintiff